**MEMO ENDORSED**

JUDGE KAPLAN  08 CIV 4835

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TREVOR BURNS,
        Plaintiff,

NOTICE OF MOTION FOR
THE APPOINTMENT OF
COUNSEL

- against -

Martinez, c.o.; et al., in their
individual capacities,
        Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08

Plaintiff Trevor Burns, pursuant to 28 U.S.C. § 1915(e)(1), request this court to appoint counsel to represent him in this case for the following reasons:

1. The plaintiff is unable to afford counsel.

2. The issues involved in the case are complex.

3. The plaintiff is unable to identify and serve defendants.

4. The plaintiff has a limited knowledge of law.

Date: ATTICA, NEW YORK
April 26, 2008

Trevor Burns
TREVOR BURNS 97A6027
ATTICA CORR. FAC.
BOX 149
ATTICA, NY 14011

LOCAL RULE 33

MICROFILMED JUN 1 3 2008 -12 00 PM

**MEMO ENDORSED**

SO ORDERED
LEWIS A. KAPLAN 6/10/08

RECEIVED
PRO SE OFFICE