UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TREVOR BURNS 97-A-6087,

          Plaintiff,

- against-

C.O. MARTINEZ, et al.,

          Defendants.

Docket Number
08-CV-4835 (LAK) (JCF)

~~PROPOSED~~ ORDER

Pro Se

---

UPON reading the annexed Affirmation of Inna Reznik, affirmed under penalty of perjury on March 5, 2009, it is hereby

**ORDERED** that defendants may take the deposition of incarcerated plaintiff TREVOR BURNS at a New York State Correctional facility on the date scheduled for such deposition upon notice to the plaintiff.

DATED:    New York, New York
              March  9, 2009

                                                        *James C. Francis IV*
                                                        United States Magistrate Judge

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/09